UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
)       CASE NO: 21- 01020-dd
Lavona Charlene Mitchell )
)       Chapter 7
DEBTOR. )
)

ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. Section 522(f)(1)(A))

Before the court is the motion of the debtor to avoid the judicial lien held by the following creditor:

| Name of creditor and description of property securing lien | Estimated Judicial Lien | Total of All Senior/Unavoidable Liens | Applicable Exemption and Code Section | Value of Debtor's Interest in Property | Judicial lien Not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|
| Republic Finance (Judicial lien on house and lot located at 1908 Alton St, Charleston, SC 29406. Judgment Lien dated 6/25/2018) | $2,518.19 | $0.00 | $56,925.00/SC Code Ann §15-41-30(A)(1)(a) | $40,000.00 | $0.00 | $2,518.19 |
| OneMain Financial (Judicial lien on house and lot located at 1908 Alton St, Charleston, SC 29406. Judgment Lien dated 6/2/2020) | $8,612.22 | $0.00 | $56,925.00/SC Code Ann §15-41-30(A)(1)(a) | $40,000.00 | $0.00 | $8,612.22 |
| Midland Credit Management (Judicial lien on house and lot located at 1908 Alton St, Charleston, SC 29406. Judgment Lien dated 9/3/2020) | $4,956.21 | $0.00 | $56,925.00/SC Code Ann §15-41-30(A)(1)(a) | $40,000.00 | $0.00 | $4,956.21 |
| LVNV Funding, LLC (Judicial lien on house and lot located at 1908 Alton St, Charleston, SC 29406. Judgment Lien dated 1/21/2021) | $3,095.95 | $0.00 | $56,925.00/SC Code Ann §15-41-30(A)(1)(a) | $40,000.00 | $0.00 | $3,095.95 |

The court finds that, the judicial lien of the above-named creditor impairs the exemptions to which the debtor would otherwise be entitled under 11 U.S.C. Section 522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), the judicial lien should be avoided pursuant to 11 U.S.C. Section 522(f)(1)(A) in the amount set forth above.

Therefore, IT IS ORDERED, ADJUDGED AND DECREED that the judicial lien held by the above-named creditor be, and hereby is, avoided in the amount set forth above. Any judicial lien set forth above which is avoided in full may be canceled of record at any time after thirty (30) days after a discharge in this case is granted.

**FILED BY THE COURT**
**05/17/2021**



Entered: 05/17/2021

David R. Duncan
US Bankruptcy Judge
District of South Carolina